RECEIVED
SDNY PRO SE OFFICE
2023 JAN 10  PM 3: 21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Handsome Debonair Guy

Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

Family Dollar Store owner, 1723 Main St. Peekskill, New York (red hair, Green eye, Caucasian female) and employees that assualted plaintiff, et. al.

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☑ Yes   ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☐ **Diversity of Citizenship**

A. **If you checked Federal Question**

Which of your federal constitutional or federal statutory rights have been violated?

8th and 14th amendment cruel and unusual punishment for shoplifting. Plaintiff was beat up, and given 2 broken ribs, on camera, in the parking lot.

B. **If you checked Diversity of Citizenship**

  1. **Citizenship of the parties**

Of what State is each party a citizen?

The plaintiff, Handsome Debonair Guy, is a citizen of the State of
(Plaintiff's name)

NEW YORK (BEACON)
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, __Family dollar Store owner__, is a citizen of the State of
(Defendant's name) (Red hair & Green eyes white female)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, __FAMILY DOLLar Store owner__, is incorporated under the laws of

the State of __NEW YORK__

and has its principal place of business in the State of __NEW YORK (PEEKSKILL)__

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in __PEEKSKILL, N.Y. 10566   1723 main st.__

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__Handsome__        __D__        __Guy__
First Name          Middle Initial  Last Name

__100 Tompkins Terrace__
Street Address

__Dutchess Co., Beacon__   __New York__   __12508__
County, City              State          Zip Code

cell          Home
__845-597-7884/845-401-8815__   __handsomehandyman1971@gmail.com__
Telephone Number              Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

First Name / Last Name: FAmily Dollar Store owner (Red hair, green eyes, white female)

Current Job Title (or other identifying information):

Current Work Address (or other address where defendant may be served): 1723 mAin St. peekskill, N.Y. 10566

County, City: westchester) peekskill   State: N.Y.   Zip Code: 10566

Defendant 2:

First Name / Last Name:

Current Job Title (or other identifying information):

Current Work Address (or other address where defendant may be served):

County, City   State   Zip Code

Defendant 3:

First Name / Last Name:

Current Job Title (or other identifying information):

Current Work Address (or other address where defendant may be served):

County, City   State   Zip Code

Defendant 4: _____
                First Name          Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City        State        Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: Family Dollar parking Lot (on camera infront of store)

Date(s) of occurrence: 12/20/20 or 12/20/21

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

The incidents/events, took place at: "Family Dollar Store" located at: 1723 Main St., Peekskill, N.Y. 10566, when plaintiff entered the store, to shoplift some small electronic item, (I.E. ear bud headphones, chargers, speakers, etc.) for his kids, for Christmas, because, he was laid off, from his job, and couldn't pay for them as he normally would, each year for Christmas. While shoplifting, plaintiff decided to make a small purchase; after plaintiff had lifted about (8) items, he was in line and noticed a red hair & green eye lady was watching him and he watched her making eye contact with him and then to the 2 employees and nodded to a young tall guy and a short young female (both Jamacian) as an acknowlegement or given a green light/OK. When plaintiff made his purchase and walked towards the door, he was questioned, by the young male employee, saying: "you have something in your coat, you didn't pay for, sir?"

Page 5

then plaintiff said "NO" and walked out. then, the young man, said "YES, you do, we want it back", as plaintiff walked out the store, He then ran infront of the plaintiff (A distance from him) and then charged towards plaintiff and dropped kicked him SEE (Store camera 12/20/20) to the ground and repeatedly kicking him in the Torso/Rib cage area, while a female employee sat on his chest gouging her 2"inch nails into his throat trying to suffocate him at the same time SEE (TAPE 12/20/20) until plaintiff couldn't breath and release the items back to the store owner. plaintiff was arrested and also taken to hospital for treatment to his 2 broken ribs SEE (HOSPITAL records).

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I was treated for 2 Broken ribs (right side), swollen wrist, and puncture wounds on throat area. I was given meds for pain, Torso bandage to help ribs heal for 8 weeks. I was give 2 inhalers and prescribed pain meds. over the counter. I was in excruciating pain every time I took a breath in or out, for 8 weeks!!!

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

Plaintiff request A Jury Trial, for the amount of 3.5 Million dollars for all damages plaintiff suffered from defendant. (OR) out of court settlement for $350,000 cash and court fees and (5) single bars of gold - 1 oz each. (OR) 1 Million dollars cash and pay court fees. Defendant is free to contact plaintiff to settle out of court, herein.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| Dated: 1/4/23 | Plaintiff's Signature: Handsome D. Guy |
|---|---|
| First Name: Handsome | Middle Initial: Debonair | Last Name: Guy |

Street Address: 100 Tompkins Terrace
County, City: (Dutchess) Beacon    State: N.Y.    Zip Code: 12508
Telephone Number: 845-597-7884 / 845-401-8815
Email Address (if available): handsomehandyman1971@gmail.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes  ☑ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Handsome D. Guy
100 Tompkins Terrace
Beacon, N.Y. 12508

ALBANY NY 120
7 JAN 2023 PM 2

RECEIVED
SDNY PRO SE OFFICE
2023 JAN 10 PM 3:23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, N.Y. 10007-1312

ATTN: PRO SE INTAKE UNIT

10007-131208