UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2023 FEB 21  PM 3:23

Handsome Debonair Guy
_____
Plaintiff,
_____
Write the full name of each plaintiff or petitioner.

Case No. 23 CV 230

-against-

Family dollar Store owner, et. al.,
_____
Defendants.
_____
Write the full name of each defendant or respondent.

NOTICE OF MOTION

PLEASE TAKE NOTICE that  Plaintiff  Handsome Debonair Guy
                        plaintiff/or defendant     name of party who is making the motion

requests that the Court:
1. that he proceed with his legal name; (court order, attached)
2. accept plaintiff's amended complaint; and
3. accept and grant plaintiff (IFP) poor person's form to proceed as a poor person; herein.

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☐ my own declaration, affirmation, or affidavit

☑ the following additional documents:  1. court order (for name change)
                                        2. amended complaint
(3 Documents)                           3. (IFP) form to proceed as poor person

2/14/23                                 Handsome D. Guy (tg)
_____                       _____
Dated                                   Signature

Handsome D. Guy
_____
Name                                    _____
                                        Prison Identification # (if incarcerated)

100 Tompkin Terrace    Beacon           N.Y.      1205
_____      _____          _____     _____
Address                City             State     Zip Code

845-717-1122 (cell)
845-401-8815 (Home)                     handsomehandyman1971@gmail.com
_____               _____
Telephone Number (if available)         E-mail Address (if available)

CHEMUNG COUNTY CLERK'S OFFICE
5006030645

At a Motion Term of the New York Supreme Court, held for the County of Chemung, at the Cortland County Courthouse, on March 4, 2005.

Supreme Court of the State of New York
County of Chemung

Present: Hon. Phillip R. Rumsey, JSC

In the Matter of the Application of MAURICE KINGWOOD for leave to change his name to HANDSOME DEBONAIR GUY.

**ORDER**

Index No. 2004-2475
RJI No. 2004-0774-M

On the Notice of Petition and Petition of MAURICE KINGWOOD, verified on October 14, 2004, requesting that he be permitted to assume the name of HANDSOME DEBONAIR GUY in place of his present name, and the other documents filed by petitioner in support thereof; and upon proof that the Kings County District Attorney and the Kings County Supreme Court were served with the aforementioned papers; and it appearing that no other person is entitled to notice of the presentation of said petition; and no opposition thereto having been filed; and the court having considered the evidence presented, and being satisfied thereby that there is no reasonable objection to the proposed change of name, as outlined in its written decision of even date herewith;

Now, on the motion of Maurice Kingwood, petitioner herein, it is

**ORDERED** that MAURICE KINGWOOD, born on March 11, 1971, in the City of New York, County of New York, State of New York, with birth certificate number 156-71-107587, be and hereby is authorized to assume the name of HANDSOME DEBONAIR GUY in place and

stead of his present name, **upon compliance with this order**, and it is further

ORDERED that this order shall be entered and the papers on which it was granted filed, prior to the publication hereinafter directed, in the office of the Clerk of the County of Chemung, and it is further

ORDERED that at least once **within twenty days after the date of this order**, a notice in substantially the following form, shall be caused (by petitioner) to be published in **The Elmira Star Gazette** (201 Baldwin Street, Elmira, New York 14901):

> Notice is hereby given that an order entered by the Supreme Court, Chemung County, on the _____ day of _____, 2005, bearing Index Number 2004-2475, a copy of which may be examined at the office of the clerk, located at 210 Lake Street, Elmira, New York 14902, grants me the right to assume the name of Handsome Debonair Guy. My present address is Elmira Correctional Facility, Post Office Box 500, Elmira, New York 14902; the date of my birth is March 11, 1971; the place of my birth is New York, New York; my present name is Maurice Kingwood.

and it is further

ORDERED that **within forty days of the making of this order**, an affidavit of publication as herein directed shall be filed, by petitioner or at his direction, in the office of the Clerk of the County of Chemung, and it is further

ORDERED that **upon full compliance with the above provisions** of this order, the petitioner **Maurice Kingwood** shall be known by the name **Handsome Debonair Guy**, which he is hereby authorized to assume, and by no other name.

ENTER

Dated: June 10, 2005
Cortland, New York

                                              Hon. Phillip R. Rumsey, J.S.C.

HandsomeDebonairGuy
100 Tomkin Terrace
Beacon, NY 12508

------------------------------------------------------

PRO SE
INTAKE UNIT

*Handsome D. Guy*
2/14/23