RECEIVED
SDNY PRO SE OFFICE
2023 FEB 21  PM 3:23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HANDSOME DEBONAIR GUY (LEGAL NAME) Plaintiff

Write the full name of each plaintiff.

23 cv 230 (LTS)

(Include case number if one has been assigned)

-against-

Family Dollar Store Owner, et al.,

**AMENDED**

**COMPLAINT**

Do you want a jury trial?
☑ Yes   ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 2/10/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

__8th & 14th Amendment__

### B. If you checked Diversity of Citizenship

1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, __Handsome Debonair Guy__, is a citizen of the State of
(Plaintiff's name)

__New York State__
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, **Family Dollar Store owner** (Defendant's name), is a citizen of the State of

**NEW YORK**

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, **Family dollar store owner**, is incorporated under the laws of the State of **NEW YORK**

and has its principal place of business in the State of **NEW YORK**

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in **PEEKSKILL, N.Y. (1723 main St.)**

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

**HANDSOME    DEBONAIR    GUY (LEGAL NAME)**
First Name       Middle Initial       Last Name

**100 Tompkins Terrace**
Street Address

**(Dutchess) Beacon           N.Y.           12508**
County, City                State          Zip Code

**845-717-1122 (Cell)**
**845-401-8815 (Home)**                **handsomehandyman1971@gmail.com**
Telephone Number                          Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

First Name / Last Name: Red hair / GreeN EYES femALe FAmily dollAr store owner

Current Job Title (or other identifying information): 1723 mAin st. (Next to AutoZONE, ON LEFt side)

Current Work Address (or other address where defendant may be served): (Westchester) peekskill, N.Y. 10566

County, City / State / Zip Code

Defendant 2:

First Name / Last Name: Young black mALe (5'9"– 6'2") JAmAciAn Accent / SLim & Low hAir

Current Job Title (or other identifying information): 1723 mAin st. (Next to AutoZoNe)

Current Work Address (or other address where defendant may be served): (Westchester) peekskill, N.Y. 10566

County, City / State / Zip Code

Defendant 3:

First Name / Last Name: Young black femALe Bright colors / FlAshy Long NAils / JAmAciAN Accent / short / Long hAir

Current Job Title (or other identifying information): 1723 mAin St (Next to AutoZone)

Current Work Address (or other address where defendant may be served): (Westchester) peekskill, N.Y. 10566

County, City / State / Zip Code

(THese were the defendants work Address during the AssuAlt on plaintiff)

Defendant 4: _____
             First Name                Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City              State              Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: Family dollar store, 1723 main St. peekskill, N.Y.

Date(s) of occurrence: December 20th 2020 (verified by Hospital)

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

the Events took place at "Family dollar store", Located: 1723 main St., peekskill, N.Y. 10566, when plaintiff entered the store, to shoplift, small Electronical items (i.e. ear buds, chargers, speakers, etc.) for his kids of christmas because he was laid off from his plumbing Job (Allstate plumbing) and couldn't normally pay for them, as he would, each year-not this year! As plaintiff was shop lifting, he planned to make a purchase. As he was standing inline, he noticed a red hair/green eye lady watching him on line and made eye contact with him and then she made eye contact to the 2 employees (male & female defendants) and "nodded" her head to the male employee and female (Jamacian) defendants. when plaintiff made his purchase and walked towards the door, he was questioned by the young male defendant, saying: "do you have something in your coat, sir?" plaintiff said "No" and walked out, and then he stated "Yes, you do, we want it back"! then he ran a short distance infront of plaintiff, turned around and drop kicked the plaintiff to the ground and savagely & repeatedly kicked him in the torso/rib cage area, while the young female employee sat on plaintiff's

Page 5

chest, digging her sharp long nails into plaintiff's throat, trying to suffocate him, causing him not to breath, so he can't release the small item he had shoplifted. (12/20/20 store camera) (outside cameras). the police arrived and plaintiff was cuffed, taken to the station (police) to sign a piece of paper for complaints of pain and given a desk appearance ticket and taken to the hospital to be released.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

2 Broken rib, Fractured wrists, Bruises and holes in plaintiff's neck from nails (finger) dugged in, from defendants. 8 weeks of pain, 8 weeks of breathing and sleeping stress and complications. At hospital, plaintiff was given pain meds, wrapped his torso/ribs area, given a breathing devise, pain meds, follow ups for doctors, etc, while in EXCRUCIATING PAIN!

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

the defendant(s) to award 3.5 million dollars to plaintiff for 2 broken ribs, 8 weeks of pain and couldn't breath or eat normal & award plaintiff punitive & monetary damages, due to him, for violations of his constitutional rights. (OR) speak to defendants to settle out of court for: $750,000 in cash, & (5) 1-oz bars of 18Kt Gold, and, 1% Family dollar stock/share of the company.

Page 6

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 2/14/23
Plaintiff's Signature: Handsome D. Guy

First Name: Handsome
Middle Initial: Debonair
Last Name: Guy

Street Address: 100 Tompkins Terrace
County, City: (Dutchess) Beacon
State: N.Y.
Zip Code: 12508

Telephone Number: 845-717-1122 (cell) / 845-401-8815 (Home)
Email Address (if available): handsomehandyman1971@gmail.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes  ☑ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

HANDSOME DEBONAIR GUY
100 TOMPKINS TERRACE
BEACON, N.Y. 12508

2023 FEB 21  PM 3:15



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL ST.
NEW YORK, N.Y. 10007-1312

ATTN:  PRO SE
       INTAKE UNIT