UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HANDSOME DEBONAIR GUY,<br><br>                        Plaintiff,<br><br>-against-<br><br>FAMILY DOLLAR STORE OWNER, et al.,<br><br>                       Defendants. | 23-CV-0230 (LTS)<br><br>ORDER GRANTING IFP APPLICATION |

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C. § 1915.

SO ORDERED.

Dated:  February 23, 2023
            New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge